FILED
IN OPEN COURT
NOV - 9 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:26CR82 |
| v. | ) | |
| JOSHUA POPE | ) | 18 U.S.C. § 922(g)(1)<br>Felon in Possession of<br>Firearm and Ammunition<br>(Count 1) |
| | ) | 18 U.S.C. § 924(d) & 28 U.S.C. § 2461<br>Criminal Forfeiture |

INDICTMENT

November 2026 Term – At Newport News, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about December 24, 2025, in Newport News, Virginia, within the Eastern District of Virginia, the defendant, JOSHUA POPE, knowing that he had been previously convicted of a felony crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in and affecting interstate or foreign commerce, a firearm and ammunition.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)).

CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, JOSHUA POPE, if convicted of the violation alleged in this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).)

UNITED STATES V. JOSHUA POPE, 4:26CR82

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

FOREPERSON

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: [signature]

Natalie K. Trujillo
Assistant United States Attorney
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000